UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANIEL S. NEWMAN, as a Receiver for Founding
Partners Capital Management Company; Founding
Partners Stable-Value Fund, L.P.; Founding
Partners Stable-Value Fund, II, L.P.; Founding
Partners Global Fund, Ltd., and Founding Partners
Hybrid-Value Fund, L.P.,

         Plaintiff,

-vs-               Case No. 2:09-cv-445-FtM-29SPC

SUN CAPITAL, INC. a Florida corporation; SUN
CAPITAL HEALTHCARE, INC., a Florida
corporation; HLP PROPERTIES OF PORT
ARTHUR, LLC, a Texas limited liability company,

         Defendants.
_____

## ORDER

This matter comes before the Court on the Defendant Sun Capitol's Motion to Seal Pursuant to Order Dated January 25, 2010, (Doc. #160) filed on March 2, 2010. No response in opposition was filed to the Motion.

The Defendant moves the Court to file its Reply Memorandum in Further Support of its Motion for Preliminary Injunction, together with supporting documents, under seal. On February 10, 2010, the Court ordered the Defendant to file its reply papers in support of its Motion for Preliminary Injunction to be filed by March 3, 2010, at 12:00noon. The Defendant, however, requests that the Court enter the agreed upon Confidentiality Agreement before filing the documents.

The Defendants provided the Court with a copy of the Confidentiality Agreement (Doc. #

62, Ex 2). The Court will hereby adopt the proposed Confidentiality Agreement and file it under separate cover.

Accordingly, it is now

**ORDERED:**

The Defendant Sun Capitol's Motion to Seal Pursuant to Order Dated January 25, 2010 (Doc. #160) is **GRANTED**.

(1) The Defendant shall file its Reply Memorandum in Further Support of its Motion for Preliminary Injunction, together with supporting documents, under seal on or before **March, 22, 2010.**

(2) The Confidentiality Agreement will be filed under separate cover.

**DONE AND ORDERED** at Fort Myers, Florida, this   18th    day of March, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record