UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANIEL S. NEWMAN, as a Receiver for Founding
Partners Capital Management Company; Founding
Partners Stable-Value Fund, L.P.; Founding
Partners Stable-Value Fund, II, L.P.; Founding
Partners Global Fund, Ltd., and Founding Partners
Hybrid-Value Fund, L.P.,

                                  Plaintiff,

-vs-                                                        Case No.  2:09-cv-445-FtM-29SPC

SUN CAPITAL, INC. a Florida corporation; SUN
CAPITAL HEALTHCARE, INC., a Florida
corporation; HLP PROPERTIES OF PORT
ARTHUR, LLC, a Texas limited liability company,

                                  Defendants.
_____

## ORDER

       This matter comes before the Court on The Receiver's and Sun Capital's Joint Emergency Motions (1) to File the Parties' Next Joint Notice of Settlement Under Seal and (2) to Extend the Stay and Reporting Deadline to and through November 29, 2010 (Doc. #209) filed on November 22, 2010.  On September 10, 2010, the Court entered an Order (Doc. #208) staying the case through and including November 22, 2010, with a statute report to be filed under the expiration of the stay.  The Parties' indicate that they require an additional one week to report on the status of the settlement.  Additionally, the Parties request that they be granted permission to file the next joint notice of settlement under seal because it contains sensitive financial information covered by the Confidentiality Agreement for Settlement Discussions previously entered in this case. (Doc. #204)

For good cause shown, and because the Motion is unopposed, the requested relief is due to be granted.

Accordingly, it is now

**ORDERED:**

The Receiver's and Sun Capital's Joint Emergency Motions (1) to File the Parties' Next Joint Notice of Settlement Under Seal and (2) to Extend the Stay and Reporting Deadline to and through November 29, 2010 (Doc. #209) is **GRANTED**.

The stay and reporting deadline is extended through and including **November 29, 2010**. The next joint notice on settlement may be filed under seal.

**DONE AND ORDERED** at Fort Myers, Florida, this ___22nd___ day of November, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record