UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA – FORT MYERS DIVISION

Case No. 2:09-cv-445-FtM-229SPC

_____

DANIEL S. NEWMAN, as Receiver for Founding Partners Capital management Company; Founding Partners Stable-Value Fund, L.P.; Founding Partners Stable-Value Fund II, L.P.; Founding Partners Global Fund, Ltd.; and Founding Partners Hybrid-Value Fund, L.P.,

                                  Plaintiff,

vs.

SUN CAPITAL, INC., a Florida corporation, SUN CAPITAL HEALTHCARE, INC., a Florida corporation, and HLP PROPERTIES OF PORT ARTHUR, LLC, a Texas limited liability company,

                                  Defendants.
_____

## **JOINDER IN OBJECTION TO PROPOSED SETTLEMENT**

THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS (the "Archdiocese"), through undersigned counsel, hereby joins in the Objections of Investors to Proposed Settlement filed on behalf of a number of Objecting Investors by the law firm of Boies, Schiller & Flexner, LLP (Doc. # 260), and alleges as follows:

      1.      On December 27, 2011, the Court entered an Order (Doc. # 255) Preliminarily Approving a Settlement between the Plaintiff and the Defendants and setting Scheduling Deadlines.

      2.      The Archdiocese has filed an Objection to the Settlement (Doc. # 259) alleging, *inter alia*, that the settlement would unfairly require the Archdiocese to release without any

consideration its other pending direct claims that are based on the unique facts of its individual dealings with the Defendants.

    3.    The Objections set forth in the Objections of Investors to Proposed Settlement (Doc. # 260) are also applicable to the Archdiocese.

WHEREFORE, the Archdiocese respectfully joins in the Objections of Investors to Proposed Settlement filed on behalf of a number of Objecting Investors by the law firm of Boies, Schiller & Flexner, LLP (Doc. # 260).

Dated this 9th day of February, 2012

                    _s/ Susan R. Healy_____
                    Susan R. Healy
                    Florida Bar No. 444332
                    *Attorney for Archdiocese of New Orleans*
                    **VERNON HEALY**
                    999 Vanderbilt Beach Road, Suite 200
                    Naples, FL 34108
                    Telephone:   (239) 649-5390
                    Facsimile:    (239) 325-1892

                    and

                    Kirk Reasonover, Esq.
                    Louisiana Bar No. 21039
                    Amanda Hogue, Esq.
                    Louisiana Bar No. 32504
                    *Attorneys for Archdiocese of New Orleans*
                    **REASONOVER & OLINDE, LLC**
                    400 Poydras Street, Suite 1980
                    New Orleans, Louisiana 70119
                    Telephone:   (504) 587-1440
                    Facsimile:    (504) 587-1577

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing has been forwarded to the following recipients by e-filing, e-mailing and by depositing the same in the United States mail, postage prepaid on this 9th day of February, 2012:

Jonathan Etra, Esq.
David J. Powers, Esq.
*Attorneys for Receiver*
**BROAD AND CASSEL**
One Biscayne Tower
2 South Biscayne Blvd., 21st Floor
Miami, FL 33131
e-mail: jetra@broadandcassel.com
e-mail: dpowers@broadandcassel.com

Sarah S. Gold, Esq.
Karen E. Clarke, Esq.
*Attorneys for Defendants*
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036-8299
e-mail: sgold@proskauer.com
e-mail: kclarke@proskauer.com

                                                  _s/ Susan R. Healy_
                                                  Susan R. Healy
                                                  Florida Bar No. 444332
                                                  *Attorney for Archdiocese of New Orleans*
                                                  **VERNON HEALY**
                                                  999 Vanderbilt Beach Road, Suite 200
                                                  Naples, FL 34108
                                                  Telephone:    (239) 649-5390
                                                  Facsimile:     (239) 325-1892