UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANIEL S. NEWMAN, as a Receiver for Founding
Partners Capital Management Company; Founding
Partners Stable-Value Fund, L.P.; Founding
Partners Stable-Value Fund, II, L.P.; Founding
Partners Global Fund, Ltd., and Founding Partners
Hybrid-Value Fund, L.P.,

         Plaintiff,

-vs-              Case No.  2:09-cv-445-FtM-29SPC

SUN CAPITAL, INC. a Florida corporation; SUN
CAPITAL HEALTHCARE, INC., a Florida
corporation; HLP PROPERTIES OF PORT
ARTHUR, LLC, a Texas limited liability company,

         Defendants.
_____

## ORDER

This matter comes before the Court on the Parties' Joint Motion to Seal any Responses to Objecting Investors' Seal Confidential Settlement and Request for Additional Time to File Same (Doc. #277) filed on February 24, 2012.  The Parties seek leave to file a response, under seal, to the objecting investors' sealed confidential supplement to their objection. Upon review, the Court will grant the motion and maintain the documents under seal for a period of one year.

Accordingly, it is now

**ORDERED:**

(1) The Parties' Joint Motion to Seal any Responses to Objecting Investors' Seal Confidential Settlement and Request for Additional Time to File Same (Doc. #277) is **GRANTED** and counsel may file the proposed documents under seal with the

Clerk of Court. The documents will be maintained under seal until **February 28, 2013,** after which date the documents will be destroyed **without further notice**. On or before that date, counsel for the Parties filing the Motion may request that the documents be returned.

(2)  The Parties' shall have up to and including **March 2, 2012** to file any responses to the sealed Confidential Settlement.

**DONE AND ORDERED** at Fort Myers, Florida, this __28th__ day of February, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record