# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA – FORT MYERS DIVISION

Case No. 2:09-cv-445-FtM-29SPC

DANIEL S. NEWMAN, as Receiver for Founding Partners
Capital Management Company; Founding Partners
Stable-Value Fund, L.P.; Founding Partners Stable-Value
Fund II, L.P.; Founding Partners Global Fund, Ltd.; and
Founding Partners Hybrid-Value Fund, L.P.,

Plaintiff,

vs.

SUN CAPITAL, INC., a Florida corporation, SUN
CAPITAL HEALTHCARE, INC., a Florida corporation,
and HLP PROPERTIES OF PORT ARTHUR, LLC, a
Texas limited liability company,

Defendants.

## NOTICE OF FILING

Plaintiff Daniel S. Newman, not individually but solely in his capacity as Receiver (the "Receiver") for Founding Partners Capital Management Company ("FPCM"), Founding Partners Global Fund, Ltd. ("Global Fund"), Founding Partners Stable-Value Fund, L.P. ("Stable-Value"), Founding Partners Stable-Value Fund II, L.P. ("Stable-Value II") and Founding Partners Hybrid-Value Fund, L.P. ("Hybrid-Value") (FPCM, Global Fund, Stable-Value, Stable-Value II and Hybrid-Value collectively, the "Receivership Entities"), by and through undersigned counsel, hereby enters this Notice of Filing the Disclosure of Fees and Costs. The Disclosure of Fees and Costs is attached.

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronically Notices of Electronic Filing.

Dated:  March 27, 2012.

Respectfully submitted,

By:   ___/s/ Jonathan Etra_____
      Jonathan Etra
      jetra@broadandcassel.com
      Florida Bar No. 0686905
      BROAD AND CASSEL
      2 South Biscayne Blvd., 21st Floor
      Miami, FL  33131
      Tel.: 305.373.9447
      Fax: 305.995.6403
      *Attorneys for Plaintiff*

## SERVICE LIST

Jonathan Galler, Esq.
Proskauer Rose LLP
2255 Glades Rd
Suite 421 Atrium
Boca Raton, FL 33431
**Tel:  561.995.4733**
**Fax: 561.241.7145**
jgaller@proskauer.com
*Counsel for Defendants*
***Service via CM/ECF***

Sarah S. Gold, Esq.
Karen E. Clarke, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
**Tel:  212.969.3000**
**Fax: 212.969.2900**
sgold@proskauer.com
kclarke@proskauer.com
*Counsel for Defendants*
***Service via CM/ECF***