# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA – FORT MYERS DIVISION

Case No. 2:09-cv-445-FtM-29SPC

_____

DANIEL S. NEWMAN, as Receiver for Founding Partners Capital Management Company; Founding Partners Stable-Value Fund, L.P.; Founding Partners Stable-Value Fund II, L.P.; Founding Partners Global Fund, Ltd.; and Founding Partners Hybrid-Value Fund, L.P.,

                              Plaintiff,

    vs.

SUN CAPITAL, INC., a Florida corporation, SUN CAPITAL HEALTHCARE, INC., a Florida corporation, and HLP PROPERTIES OF PORT ARTHUR, LLC, a Texas limited liability company,

                              Defendants.

_____

## DISCLOSURE OF FEES AND COSTS

Plaintiff Daniel S. Newman, not individually but solely in his capacity as Receiver (the "Receiver") for Founding Partners Capital Management Company ("FPCM"), Founding Partners Global Fund, Ltd. ("Global Fund"), Founding Partners Stable-Value Fund, L.P. ("Stable-Value"), Founding Partners Stable-Value Fund II, L.P. ("Stable-Value II") and Founding Partners Hybrid-Value Fund, L.P. ("Hybrid-Value") (FPCM, Global Fund, Stable-Value, Stable-Value II and Hybrid-Value collectively, the "Receivership Entities"), by and through undersigned counsel, hereby files this Disclosure of Fees and Costs.

    1.    In his Response to Objections, the Receiver represented to the objecting investors that he would file a disclosure of the sum total of his and his professionals' outstanding fees and expenses (the "Disclosure"), to be paid at closing under the terms of the Settlement Agreement. [*See* D.E. 279 at 32].

2. As of February 29, 2012 the Receiver's counsel, Broad and Cassel, has submitted for approval fees and costs in the amount of $705,946.93, and since that submission has rendered legal services resulting in $565,263.52 in additional fees and costs, for a total of $1,271,210.45 in outstanding fees and costs in the above-captioned matter.

3. As of March 26, 2012, the Receiver's accountant, Berkowitz Dick Pollack & Brant, has rendered accounting services for the benefit of the Receivership Estate resulting in $353,990.57 in outstanding fees.

4 The Receivership Estate continues to incur fees and costs in connection with the settlement of this litigation, but the above amounts reflect the outstanding fees and costs as of the date of February 29, 2012 for Broad and Cassel and March 26, 2012 for Berkowitz Dick Pollack & Brant.

Dated: March 27 2012.

Respectfully submitted,

By: ___/s/ Jonathan Etra_____
    Jonathan Etra
    jetra@broadandcassel.com
    Florida Bar No. 0686905
    BROAD AND CASSEL
    2 South Biscayne Blvd., 21st Floor
    Miami, FL  33131
    Tel.: 305.373.9447
    Fax: 305.995.6403
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

| | |
|---|---|
| Jonathan Galler, Esq.<br>Proskauer Rose LLP<br>2255 Glades Rd<br>Suite 421 Atrium<br>Boca Raton, FL 33431<br>**Tel:  561.995.4733**<br>**Fax: 561.241.7145**<br>jgaller@proskauer.com<br> *Counsel for Defendants*<br>*Service via CM/ECF* | Sarah S. Gold, Esq.<br>Karen E. Clarke, Esq.<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036-8299<br>**Tel:  212.969.3000**<br>**Fax: 212.969.2900**<br>sgold@proskauer.com<br>kclarke@proskauer.com<br>*Counsel for Defendants*<br>*Service via CM/ECF* |