From: Kirk Reasonover [mailto:kreasonover@reasonoverolinde.com]
Sent: Friday, June 08, 2012 4:34 PM
To: Jonathan Etra
Cc: Jessica Lovelady; Nicholas Berg; Richard A. Bordelon; Ralph Aucoin
Subject: RE: Founding Partners Lawsuit Proof of Claim Form

Jonathan,

While the Archdiocese maintains all of its other objections, your proposed changes have addressed the issues in the Judge's order, relating to cooperation with law enforcement.

Kirk Reasonover
Reasonover & Olinde, LLC
400 Poydras Street, Suite 1980
New Orleans, LA 70130
(504) 587-1440
Fax (504) 587-1577


-----Original Message-----
From: Jonathan Etra [mailto:jetra@broadandcassel.com]
Sent: Thursday, June 07, 2012 9:26 PM
To: Kirk Reasonover
Cc: Jessica Lovelady; Nicholas Berg; 'Richard A. Bordelon'; 'Ralph Aucoin'
Subject: RE: Founding Partners Lawsuit Proof of Claim Form

Kirk,

Thanks for clearing that up.

Please also send me an email on your client's position position on whether we properly accounted for the judge's order in the way in which we propose to change the deal documents. d


Jonathan Etra
Tel: 305.373.9447
Fax: 305.995.6403
Cell: 305.318.3396
jetra@broadandcassel.com

```
-----Original Message-----
From: Kirk Reasonover [mailto:kreasonover@reasonoverolinde.com]
Sent: Thursday, June 07, 2012 10:24 PM
To: Jonathan Etra
Cc: Jessica Lovelady; NBerg@reasonoverolinde.com; Richard A. Bordelon;
Ralph Aucoin
Subject: FW: Founding Partners Lawsuit Proof of Claim Form
```

Jonathan,

I was referring to the amended motion. I was concerned that surrender of all interests in the FP Designee might impair certain claims that were not being settled. A closer review of the documents confirmed what you indicated on the phone. I see that you've segregated the process, so that some recovery will be available in other litigation.

I'll follow up with you later today to discuss the other issue that we discussed - whether or not it is possible to avoid or at least defer a contested motion to lift the stay. Thanks.

Kirk Reasonover
Reasonover & Olinde, LLC
400 Poydras Street, Suite 1980
New Orleans, LA 70130
(504) 587-1440
Fax (504) 587-1577

Pursuant to federal regulations imposed on practitioners who render tax advice ("Circular 230"), we are required to advise you that any tax advice contained herein is not intended or written to be used for the purpose of avoiding tax penalties that may be imposed by the Internal Revenue Service. If this advice is or is intended to be used or referred to in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement, the regulations under Circular 230 require that we advise you as follows: (1) this writing is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax penalties that may be imposed on a taxpayer; (2) the advice was written to support the promotion or marketing of the transaction(s) or matter(s) addressed by the written advice; and (3) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. ANY ATTACHMENTS TO THIS TRANSMISSION ARE FOR THE SOLE PURPOSE OF CONVEYING THE DIRECT WRITTEN AND COMMONLY VISIBLE COMMUNICATION CONTAINED THEREIN. NO TRANSMISSION OF UNDERLYING CODE OR METADATA IS INTENDED. USE OF ANY ATTACHMENT FOR ANY PURPOSE OTHER THAN RECEIPT OF THE DIRECT WRITTEN COMMUNICATION CONTAINED THEREIN IS STRICTLY PROHIBITED. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY AND RETURN THE ORIGINAL MESSAGE TO THE SENDER. THANK YOU.

**From:** Michelle Carey [mailto:MCarey@fmpclaw.com]
**Sent:** Thursday, June 07, 2012 3:59 PM
**To:** Jonathan Etra
**Subject:** RE: follow up

Jonathan,

We have an objection to the inclusion of the hybrid value fund in the definition of Founding Partners.

I am waiting to hear back from my colleague, Greg Friedman, who spoke directly with the clients to make sure there are no other issues with the release and settlement agreement. As soon as he gets back to me, I'll let you know.

Thank you,
Michelle


Michelle L. Carey
Friedman Maguire & Carey, P.C.
150 South Wacker Drive
Suite 2600
Chicago, IL 60606
(312) 857-4000, ext. 6
(312) 262-6988 (fax)

This message originates from the law firm of Friedman Maguire & Carey, P.C. It contains information which may be privileged, confidential and exempt from disclosure under applicable law and is intended only for the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is strictly prohibited. All personal messages express views solely of the sender, which are not to be attributed to Friedman Maguire & Carey, P.C., and may not be copied or distributed without this disclaimer. If you received this message in error, please immediately contact the sender and delete the material from any computer.

**From:** Jonathan Etra [mailto:jetra@broadandcassel.com]
**Sent:** Thursday, June 07, 2012 1:43 PM
**To:** Michelle Carey
**Subject:** follow up

Michelle - can you please email me your client's position, as discussed?

Thanks

Jonathan Etra
Tel: 305.373.9447
Fax: 305.995.6403
Cell: 305.318.3396
jetra@broadandcassel.com

Pursuant to federal regulations imposed on practitioners who render tax advice ("Circular 230"), we are required to advise you that any tax advice contained herein is not intended or written to be used for the purpose of avoiding tax penalties that may be imposed by the Internal Revenue Service. If this advice is or is intended to be used or referred to in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement, the regulations under Circular 230 require that we advise you as follows: (1) this writing is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax penalties that may be imposed on a taxpayer; (2) the advice was written to support the promotion or marketing of the transaction(s) or matter(s) addressed by the written advice; and (3) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. ANY ATTACHMENTS TO THIS TRANSMISSION ARE FOR THE SOLE PURPOSE OF CONVEYING THE DIRECT WRITTEN AND COMMONLY VISIBLE COMMUNICATION CONTAINED THEREIN. NO TRANSMISSION OF UNDERLYING CODE OR METADATA IS INTENDED. USE OF ANY ATTACHMENT FOR ANY PURPOSE OTHER THAN RECEIPT OF THE DIRECT WRITTEN COMMUNICATION CONTAINED THEREIN IS STRICTLY PROHIBITED. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY AND RETURN THE ORIGINAL MESSAGE TO THE SENDER. THANK YOU.

## Christopher C. Cavallo

**From:** Michelle Carey [MCarey@fmpclaw.com]
**Sent:** Friday, June 08, 2012 5:20 PM
**To:** Christopher C. Cavallo
**Cc:** Jonathan Etra
**Subject:** RE: Confirmation (Newman v. Sun Capital)

We hereby confirm that we have no other objection to the settlement agreement, other than the objection articulated in my email to Jonathan yesterday.

Michelle L. Carey
Friedman Maguire & Carey, P.C.
150 South Wacker Drive
Suite 2600
Chicago, IL 60606
(312) 857-4000, ext. 6
(312) 262-6988 (fax)

This message originates from the law firm of Friedman Maguire & Carey, P.C. It contains information which may be privileged, confidential and exempt from disclosure under applicable law and is intended only for the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is strictly prohibited. All personal messages express views solely of the sender, which are not to be attributed to Friedman Maguire & Carey, P.C., and may not be copied or distributed without this disclaimer. If you received this message in error, please immediately contact the sender and delete the material from any computer.

**From:** Christopher C. Cavallo [mailto:ccavallo@broadandcassel.com]
**Sent:** Friday, June 08, 2012 9:02 AM
**To:** Michelle Carey
**Cc:** Jonathan Etra
**Subject:** Confirmation (Newman v. Sun Capital)

Ms. Carey,

I'm writing you at the direction of Jonathan Etra, as a follow up to the on-going conversations concerning the changes to the confidentiality and investor release portions of the Settlement Agreement.

The Receiver respectfully requests that you confirm that you have no objection to the Parties' response to the Court's order requiring the amendment of the confidentiality and investor release portions of the Settlement Agreement. The Parties want to file their response and proposed changes to the Settlement Agreement by the end of the day today, or by Monday at the latest, and would like to properly advise the Judge that you have no objection to the changes made to the confidentiality or investor release portions of the Settlement Agreement.

As such, the Receiver requests that you please respond to this e-mail as soon as possible.

Thank you.

Regards,
Chris Cavallo

| HOME | BIO | VCARD |

**Christopher Cavallo, Esq.**
2 SOUTH BISCAYNE BLVD.
21ST FLOOR
MIAMI, FL 33131
TELEPHONE: 305.373.9400
FACSIMILE: 305.373.9443
DIRECT LINE: 305.373.9465
DIRECT FACSIMILE: 305.995.6449
E-MAIL: CCAVALLO@BROADANDCASSEL.COM

BROAD AND CASSEL
ATTORNEYS AT LAW

www.broadandcassel.com

Pursuant to federal regulations imposed on practitioners who render tax advice ("Circular 230"), we are required to advise you that any tax advice contained herein is not intended or written to be used for the purpose of avoiding tax penalties that may be imposed by the Internal Revenue Service. If this advice is or is intended to be used or referred to in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement, the regulations under Circular 230 require that we advise you as follows: (1) this writing is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax penalties that may be imposed on a taxpayer; (2) the advice was written to support the promotion or marketing of the transaction(s) or matter(s) addressed by the written advice; and (3) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. ANY ATTACHMENTS TO THIS TRANSMISSION ARE FOR THE SOLE PURPOSE OF CONVEYING THE DIRECT WRITTEN AND COMMONLY VISIBLE COMMUNICATION CONTAINED THEREIN. NO TRANSMISSION OF UNDERLYING CODE OR METADATA IS INTENDED. USE OF ANY ATTACHMENT FOR ANY PURPOSE OTHER THAN RECEIPT OF THE DIRECT WRITTEN COMMUNICATION CONTAINED THEREIN IS STRICTLY PROHIBITED. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY AND RETURN THE ORIGINAL MESSAGE TO THE SENDER. THANK YOU.

# Christopher C. Cavallo

| | |
|---|---|
| **From:** | Stuart Singer [ssinger@BSFLLP.com] |
| **Sent:** | Friday, June 08, 2012 2:32 PM |
| **To:** | Christopher C. Cavallo |
| **Cc:** | Jonathan Etra |
| **Subject:** | RE: Confirmation (Newman v. Sun Capital) |
| **Attachments:** | BC.jpg |



BC.jpg (4 KB)

Chris and Jonathan

We would ask that you include the following statement as to our position: "Objectors believe that there should not be any restriction on the right of releasors to cooperate in either civil or criminal matters as a result of the settlement."

We do not intend to file a further submission on this issue.

Thanks,

Stuart
Stuart H. Singer
Partner
BOIES, SCHILLER & FLEXNER LLP
401 E. Las Olas Blvd.
Ft. Lauderdale, FL 33301-2211
954-356-0011
954-356-0022 (fax)
ssinger@bsfllp.com<mailto:ssinger@bsfllp.com>

---

From: Christopher C. Cavallo [ccavallo@broadandcassel.com]
Sent: Friday, June 08, 2012 9:56 AM
To: Stuart Singer
Cc: Jonathan Etra
Subject: Confirmation (Newman v. Sun Capital)

Mr. Singer,

I'm writing you at the direction of Jonathan Etra, as a follow up to the on-going conversations concerning the changes to the confidentiality and investor release portions of the Settlement Agreement.

The Receiver respectfully requests that you confirm that you have no objection to their response to the Court's order requiring the amendment of the confidentiality and investor release portions of the Settlement Agreement. The Parties want to file their response and proposed changes to the Settlement Agreement by the end of the day today, or by Monday at the latest, and would like to properly advise the Judge that you have no objection.

As such, the Receiver request that you please respond to this e-mail as soon as possible.

Thank you.

Regards,
Chris Cavallo

Home<http://www.broadandcassel.com/>

1

Bio<http://www.broadandcassel.com/attorneybio.aspx?ID=15075>
VCard<http://www.broadandcassel.com/vcards.asp?ID=15075>

Christopher   Cavallo, Esq.
2 South Biscayne Blvd.
[cid:8482f0ab-097b-4e36-a258-10c8100c70c1]<http://www.broadandcassel.com/> 21st Floor
Miami, FL   33131
Telephone: 305.373.9400
Facsimile: 305.373.9443
Direct Line: 305.373.9465
Direct Facsimile:   305.995.6449
E-mail: ccavallo@broadandcassel.com<mailto:ccavallo@broadandcassel.com>


www.broadandcassel.com<http://www.broadandcassel.com/>

Pursuant to federal regulations imposed on practitioners who render tax advice ("Circular 230"), we are required to advise you that any tax advice contained herein is not intended or written to be used for the purpose of avoiding tax penalties that may be imposed by the Internal Revenue Service. If this advice is or is intended to be used or referred to in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement, the regulations under Circular 230 require that we advise you as follows: (1) this writing is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax penalties that may be imposed on a taxpayer; (2) the advice was written to support the promotion or marketing of the transaction(s) or matter(s) addressed by the written advice; and (3) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. ANY ATTACHMENTS TO THIS TRANSMISSION ARE FOR THE SOLE PURPOSE OF CONVEYING THE DIRECT WRITTEN AND COMMONLY VISIBLE COMMUNICATION CONTAINED THEREIN. NO TRANSMISSION OF UNDERLYING CODE OR METADATA IS INTENDED. USE OF ANY ATTACHMENT FOR ANY PURPOSE OTHER THAN RECEIPT OF THE DIRECT WRITTEN COMMUNICATION CONTAINED THEREIN IS STRICTLY PROHIBITED. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY AND RETURN THE ORIGINAL MESSAGE TO THE SENDER. THANK YOU.


IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, unless we expressly state otherwise, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.


The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt

from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer.
[v.1]