UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANIEL S. NEWMAN, as Receiver for Founding Partners Capital Management Company; Founding Partners Stable-Value Fund, L.P.; Founding Partners Stable-Value Fund, II, L.P.; Founding Partners Global Fund, Ltd. and Founding Partners Hybrid-Value Fund, L.P.,,

    Plaintiff,

v.                            Case No: 2:09-cv-445-FtM-29CM

SUN CAPITAL, INC., a Florida corporation, SUN CAPITAL HEALTHCARE, INC., a Florida corporation, and HLP PROPERTIES OF PORT ARTHUR, LLC, a Texas limited liability company,

    Defendants.

## ORDER

This matter comes before the Court on the parties' Joint Motion for Order of Dismissal (Doc. #343) filed on March 18, 2014. The parties have agreed to a dismissal of all claims and counterclaims pursuant to the approved Settlement Agreement. (See Doc. #308.)

Accordingly, it is now

**ORDERED AND ADJUDGED:**

All claims and counterclaims asserted in this case are **dismissed** with prejudice, with each party to bear their own attorney's fees and costs.  The Clerk shall enter judgment accordingly, terminate all pending motions and deadlines, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __9th__ day of April, 2014.

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record